No. 84–290. ORTHO PHARMACEUTICAL CORP. *v.* WOODERSON. Sup. Ct. Kan. Motion of Pharmaceutical Manufacturers Associa-

tion for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this motion and this petition.